**DWIGHT C. HOLTON, OSB #09054**
United States Attorney
District of Oregon
**KATHERINE C. LORENZ**
katie.lorenz@usdoj.gov
Assistant United States Attorneys
United States Attorney's Office
District of Oregon
1000 S.W. Third Ave., Suite 600
Portland, Oregon  97204-2902
Telephone:       503-727-1039
Facsimile:        503-727-1117

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

## PORTLAND DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | 10-CR-00510-RE |
| v. | **BILL OF PARTICULARS FOR FORFEITURE OF PROPERTY** |
| **MOISES LOPEZ-PRADO,** **JOSE TEXCO HILLARIO, and** **ALEJANDRO ARROYO-LOPEZ,** | |
| **Defendants.** | |

The United States of America, by and through Dwight C. Holton, United States Attorney for the District of Oregon, Katherine Lorenz, Assistant United States Attorney, hereby files the following Bill of Particulars for Forfeiture of Property.

The United States gives notice that in the forfeiture allegation of the Superseding Indictment, the United States is seeking forfeiture of the following property:

$25,000 in United States currency.

DATED this 8th day of August, 2011.

                                                          DWIGHT C. HOLTON  
                                                          United States Attorney

                                                          */s/ Katie Lorenz*  
                                                          KATHERINE C. LORENZ  
                                                          Assistant United States Attorney