S. AMANDA MARSHALL, OSB #95347
United States Attorney
District of Oregon
**THOMAS H. EDMONDS, OSB #90255**
Assistant United States Attorney
Tom.Edmonds@usdoj.gov
1000 SW Third Ave., Suite 600
Portland, OR  97204-2902
Telephone:  (503) 727-1000
Facsimile:  (503) 727-1105
Attorneys for United States of America

## UNITED STATES DISTRICT COURT

## DISTRICT OF OREGON

| | |
|---|---|
| **UNITED STATES OF AMERICA** | 3:10-CR-00510-03-JO |
| v. | **GOVERNMENT'S MOTION FOR PSYCHIATRIC EXAMINATION OF DEFENDANT FOR COMPETENCY AND COMMITMENT TO THE ATTORNEY GENERAL** |
| **MOISES LOPEZ-PRADO,** | |
| **Defendant.** | |

The United States of America, by and through S. Amanda Marshall, United States Attorney for the District of Oregon, and Assistant United States Attorney, Thomas H. Edmonds, pursuant to Title 18, United States Code, Sections 4241 and 4247(b) and (c), moves this court for an order for psychiatric or psychological examination of defendant.  The government further seeks defendant's commitment to the Attorney General for a period not to exceed thirty days, and the filing of a psychiatric or psychological report with the court.

For the purposes of such examination, Section 4247(b) provides that the court may commit defendant for a reasonable period, but not to exceed thirty days, to the custody of the Attorney General for placement in a suitable facility.  A psychological or psychiatric report shall be prepared by the examiner and filed with the court as required by Section 4247(c).

Commitment to the Attorney General is appropriate in this case because defendant is currently in custody and the Bureau of Prisons is fully equipped to handle the matter expeditiously and in a cost-effective manner.

Any delay caused by the examination will be excludable under the Speedy Trial Act, Title 18, United States Code, Section 3161(a).

Dated this 15th day of August 2012.

                                              Respectfully submitted,

                                              S. AMANDA MARSHALL
                                              United States Attorney

                                              *s/ Thomas H. Edmonds*
                                              THOMAS H. EDMONDS, OSB #90255
                                              Assistant United States Attorney
                                              (503) 727-1000