UNITED STATES DISTRICT COURT

DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA | 3:10-CR-00510-03-JO |
| v. | ORDER FOR PSYCHIATRIC EXAMINATION OF DEFENDANT |
| MOISES LOPEZ-PRADO, | FOR COMPETENCY AND COMMITMENT ORDER |
| Defendant. | |

(#72)

This matter came before the court on motion of the government for psychiatric examination of defendant pursuant to 18 U.S.C. § 4241 and 4247(b) and (c).

The court hereby FINDS that there is reasonable cause to believe that defendant may presently be suffering from a mental disease or defect rendering him mentally incompetent to the extent that he is unable to understand the nature and consequences of the proceedings against him or to assist properly in his defense.

It is therefore necessary for the court to determine the competency of defendant under 18 U.S.C. § 4241. Prior to that determination, it is necessary that a psychiatric examination and a report be provided. It further appears to the court that it is necessary to commit defendant to the custody of the Attorney General for a competency examination under 18 U.S.C. § 4247(b).

IT IS THEREFORE ORDERED that, pursuant to 18 U.S.C. §§ 4241 and 4247(b), defendant is hereby committed for a reasonable period, but not to exceed 30 days, to the custody of the Attorney General for placement in a suitable facility and that defendant be examined, with a psychological or psychiatric report prepared by the examiner and filed with the court as required by § 4247(c).

IT IS FURTHER ORDERED that the U.S. Marshal shall transport defendant to a facility designated by the Bureau of Prisons for the purpose of conducting the required examination.

The court further FINDS that any period of delay occasioned by this order shall be considered excludable delay under the Speedy Trial Act, 18 U.S.C. § 3161(a).

IT IS SO ORDERED this __16__ day of August 2012.

                                                                _____
                                                                ROBERT E. JONES
                                                                UNITED STATES DISTRICT JUDGE

Presented by:

S. AMANDA MARSHALL
United States Attorney


*s/ Thomas H. Edmonds*
THOMAS H. EDMONDS, OSB #90255
Assistant United States Attorney
(503) 727-1000