Benjamin T. Andersen
Pacific Northwest Law, LLP
1420 World Trade Center
121 S.W. Salmon Street
Portland, Oregon 97204
t. 503.222.2510 f. 503.546.0664
btandersen@pacificnwlaw.com

Attorney for Defendant

### UNITED STATES DISTRICT COURT

### FOR THE DISTRICT OF OREGON

### VISTO EN EL TRIBUNAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS

### PARA EL DISTRITO DE OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>*Demandante,*<br>v.<br><br>Moises LOPEZ-PRADO,<br>Defendant.<br>*Acusado.* | Case No. 3:10-CR-510-JO-3<br><br>PETITION TO ENTER PLEA OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER<br><br>PETICIÓN PARA ENTRAR DECLARACION DE CULPABILIDAD, CERTIFICADO DE ABOGADO, Y FALLO JUDICIAL |

I, Moises Lopez-Prado represent to the court as follows:

*Yo, Moises Lopez-Prado, manifiesta al juez lo siguiente:*

1. My name is Moises Lopez-Prado. I am 37 years old. I have gone to school through the second grade.

   *Mi nombre es Moises Lopez-Prado. Tengo 37 años de edad. Asistí a la escuela hasta el 2° grado.*

2. My attorney is Benjamin Andersen.

   *Mi abogado es Benjamin Andersen.*

PAGE 1 –    United States v. LOPEZ-PRADO, USDC Oregon Case No. 3:10-CR-510-JO-3
            PETITION TO ENTER PLEAS OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

3. My attorney and I have discussed my case fully. I have received a copy of the Indictment. I have read the Indictment, and I have discussed it with my attorney. My attorney has counseled and advised me concerning the nature of the charges, any lesser-included offenses, and possible defenses that I might have in this case. I have been advised and understand that the elements of the charge alleged against me to which I am pleading "GUILTY" are as follows:

*Mi abogado y yo hemos hablado de todo relacionado a mi caso. Recibí una copia del documento acusatorio. Leí el documento acusatorio o me lo leyeron, y la hablé con mi abogado. Mi abogado me asesoró y me aconsejó en cuanto a la naturaleza de los cargos, de infracciónes menos grave subsumida y de las defensas que yo pudiera tener en este caso. Se me asesoró y entiendo que los elementos del cargo al que declaro "CULPABLE" son los siguientes:*

> In November of 2010, in the District of Oregon and elsewhere, MOISES LOPEZ-PRADO, JOSE TEXCO HILLARIO and ALEJANDRO ARROYO-LOPEZ did knowingly and willfully agree to distribute fifty grams or more of methamphetamine, a controlled substance.
>
> *En noviembre de 2010, en el estado de Oregón y en otros lugares, MOISES LOPEZ-PRADO, JOSE TEXCO HILLARIO and ALEJANDRO ARROYO-LOPEZ, sabienda y deliberadamente, hicieron un acuerdo para distribuir cincuenta gramos o más de metanfetamina, una sustancia controlada.*

4. I know that if I plead "GUILTY," I will have to answer any questions that the judge asks me about the offenses to which I am pleading guilty. I also know that if I answer falsely under oath and in the presence of my attorney, my answers

could be used against me in a prosecution for perjury or false statement.

*Sé que si me declaro "CULPABLE", tendré que contestar todas las preguntas que el juez me haga sobre el delito al que me declaro culpable. También sé que si contesto falsamente bajo juramenta y en la presencia de mi abogado, mis respuestas se pueden usar en mi contra en un procesamiento por perjurio o por haber jurado en falso.*

5. I am not under the influence of alcohol or drugs. I am not suffering from any injury, illness or disability that affect my thinking or my ability to reason. I have not taken any drugs or medications within the past seven (7) days.

   *No estoy bajo la influencia ni del alcohol ni de drogas. No padezco de ninguna lesión, enfermedad o incapacidad que afecta mi pensamiento o mi capacidad de razonar. No tome ni drogas ni medicamentos durante los ultimos siete (7) días.*

6. I understand that conviction of a crime can result in consequences in addition to imprisonment. Such consequences will most likely include deportation.

   *Sé que un fallo condenatorio por un acto ilícito puede tener consecuencias adicionales al encarcelamiento. Las consecuencias lo mas probable incluyen deportacion.*

7. I know that I may persist with my plea of "NOT GUILTY" to any crime charged against me. I know that if I plead "NOT GUILTY" the Constitution guarantees me:

   *Sé que puedo persistir en mi declaracion de "NO CULPABLE" de qualquier acto ilícito del que se me acuse. Sé que si me declaro "NO CULPABLE", la Constitución me garantiza:*

    a. The right to a speedy and public trial by jury, during which I will be presumed to be innocent unless and until I am proven guilty by the government beyond a reasonable doubt and by the unanimous vote of twelve jurors;

    *El derecho de tener un juicio publico, sin demora y por un jurado constituido por doce personas durante lo cual se asume que soy inocente a menos que y hasta que el gobierno compruebe mi culpabilidad eclipsando una duda razonable y por el voto unanime del jurado entero.*

    b. The right to have the assistance of an attorney at all stages of the proceedings;

    *El derecho de que un abogado me ayude durante todas las etapas del proceso;*

    c. The right to use the power and process of the court to compel the production of evidence from other parties, including the attendance of witnesses in my favor;

    *El derecho de utilizar la autoridad y capacidad del juez para exigir que se presenten pruebas de varios partidos, incluyendo la comparecencia de testigos a mi favor;*

    d. The right to see, hear, confront, and cross-examine all witnesses called to testify against me;

    *El derecho de ver, escuchar, confrontar y contrainterrogar a todos los testigos quienes ofrecen testimonio a me contra;*

    e. The right to decide for myself whether to take the witness stand and testify, and if I decide not to take the witness stand, I understand that no inference of guilt may be drawn from this decision; and

    *El derecho de decidir por mi mismo si declaro o no, y si decido no declarar, sé que nadie se puede inferir mi culpabilidad porque no declare; y*

    f. The right not to be compelled to incriminate myself.

    *El derecho de que no se me pueda forzar a incriminarme.*

8. I know that if I plead "GUILTY," there will be no trial before either a judge or a jury, and that I will not be able to appeal from the judge's denial of any pretrial motions I may have filed concerning matters or issues not related to the court's jurisdiction.

*Sé que si me declaro "CULPABLE," no habré juicio ni ante un juez ni ante un jurado, y que no podria apelar la denegación del juez de qualquier petición que yo hubiera presentado antes del juicio con respecto a asuntos o cuestiones que no estén relacionados a la competencia del tribunal.*

9. In this case I am pleading "GUILTY" under Rule 11(c)(1)(C). My attorney has explained the effect of my plea under the Rule 11(c)(1)(C) procedure to be as follows:

*En este caso, me declaro CULPABLE segun la Regla 11(c)(1)(C). Mi abogado me explicé que la consecuencia de mi declaración segun la Regla 11(c)(1)(C) es la siguiente:*

    An attorney for the government and the defendant and defendant's attorney may reach a plea agreement. If the defendant pleads guilty to a charged offense, the plea agreement may (1) specify that an attorney for the government will not bring and/or will move to dismiss other charges and (2)

agree that a specific sentence is the appropriate disposition of the case and that such a request binds the court once the court accepts the plea agreement.

*Un abogado para el gobierno y el acusado y el abogado del acusado puede llegar a un acuerdo. Si el acusado se declara culpable de un delito acusado, la declaración de culpabilidad puede (1) especifica que un abogado del gobierno no va a traer y/o se moverá a despedir a otros cargos, y (2) de acuerdo en que una sentencia específica es la disposición adecuada de el caso y que tal petición se une al tribunal despues que el tribunal acepta el acuerdo.*

10. I know the maximum sentence that can be imposed upon me for the crimes to which I am pleading guilty is life imprisonment and a fine of up to $4,000,000.

   *Sé que la pena máxima que se me puede imponer por el delito al que me declaro culpable es cadena perpetua y una multa de $4.000.000 (cuatro milliones de dólares norteamericanos). También sé que el delito conlleva pena mínima obligatoria de 10 años.*

11. I know that the judge, in addition to any other penalty, will order a special assessment as provided by law in the amount of $100 per count of conviction.

   *Sé que el juez, ademas de cualquier otra sanción, va a ordenar el pago de un arance judicial de $100 por cada cargo del que se me falle culpable.*

12. I know that if I am ordered to pay a fine, and I willfully refuse to pay that fine, I can be returned to court, where the judge can substantially increase the amount of the unpaid balance owed on the fine and I can be imprisoned for up to one year.

   *Sé que si se me orden a pagar una multa y me niego a pagarla deliberadamente, me podrían hacer regresar frente al juez, quien podria aumentar el saldo impago*

*de la multa considerablemente, y se me puede encarcelar por un plazo de hasta un año.*

13. My attorney has discussed with me the Federal Sentencing Guidelines. I know that the Guidelines are advisory, not mandatory. I know that the judge, after accepting my plea, must sentence me according to the plea agreement or allow me to withdraw my plea.

    *Mi abogado ha discutido conmigo la Guía Federal de Sentencias. Yo sé que ese guía es de carácter consultivo y no obligatorio. Sé que el juez, después de aceptar mi petición, tenia que imponer una pena según el acuerdo o permítame retirar mi declaración.*

14. I know that if I am sentenced to prison, I will have to serve the full sentence imposed except for any credit for good behavior that I earn. I can earn credit for good behavior in prison at a rate of up to 54 days for each year of imprisonment served.

    *Sé que si me condenan a la cárcel, voy a tener que cumplir la condena total impuesta excepto por la excepción de cualquier crédito por buen comportamiento que gano. Puedo obtener crédito por buen comportamiento en la cárcel a un ritmo de hasta 54 días por cada año de prisión servido.*

15. I know that if I am sentenced to prison, the judge will impose a term of supervised release to follow the prison sentence. During my supervised release term, a probation officer will supervise me according to terms and conditions set by the judge. In my case, a term of supervised release will be five years in accordance with FrCrP 11(c)(1)(C). If I violate the conditions of supervised

release, I may be sent back to prison for up to five years.

*Yo sé que, si estoy condenado a prisión, el juez impondrá un término de liberación supervisada para seguir la pena de prisión. Durante mi período de libertad supervisada, un oficial de libertad condicional me va a supervisar en los términos y condiciones establecidos por el juez. En mi caso, un término de libertad supervisada será de cinco años, de conformidad con FrCrP 11(c)(1)(C). Si no cumplo con las condiciones de libertad bajo supervisión, que sea enviado de nuevo a prisión por un máximo de cinco años.*

16. My plea of "GUILTY" is based on the agreement that I have made with the prosecutor and the judge. I understand that, pursuant to that agreement, the judge will impose a prison sentence of 132 months.

    *Mi declaración de "CULPABILIDAD" se basa en el acuerdo que hice con el fiscal y el juez. Entiendo que, en arreglo a dicho acuerdo, el juez le impondrá una pena de prisión de 132 meses.*

17. That agreement is the only agreement between the United States government and me. I understand that I cannot rely on any promise or suggestion made to me by a government agent or officer which is not presented to the judge in my presence in open court at the time of the entry of my plea of guilty.

    *Este acuerdo es el único entre el gobierno de los estados unidos y yo. Entiendo que no puedo confiar en ninguna promesa o sugerencia que me hizo un agente del gobierno o funcionario que no se presenta al juez en mi presencia en audiencia pública en el momento de la entrada de mi declaración de culpabilidad.*

PAGE 8 –    United States v. LOPEZ-PRADO, USDC Oregon Case No. 3:10-CR-510-JO-3
            PETITION TO ENTER PLEAS OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

18. My plea of "GUILTY" is not the result of force, threat, or intimidation.

    *Mi declaración de "CULPABILIDAD" no es el resultado de fuerza, amenaza o intimidación.*

19. I hereby request that the judge accept my plea of "GUILTY" to Count 1 of the Superseding Indictment.

    *Solicito que el juez acepta mi declaración de "CULPABILIDAD" al punto 1 de la acusación formal.*

20. I know that the judge must be satisfied that a crime occurred and that I committed that crime before my plea of "GUILTY" can be accepted. With respect to the charge to which I am pleading guilty, I represent that I agreed with others to deliver more than 50 grams of Methamphetamine. Although I did not personally deliver the drugs, nor was I with those who delivered it, I had a part in organizing and directing the sale.

    *Sé que el juez tiene que estar convencido de que ocurrió un crimen y que yo lo cometí antes de acceptar mi declaración de "CULPABILIDAD." Con respecto a la carga a la que me estoy declarando culpable, declaro que si teniea un acuerdo con otros para entregar más de 50 gramos de metanfetamina. Aunque yo no entregué personalmente las drogas, ni estaba con los quien se la entregó, tenía un papel en la organización y dirección de la venta.*

21. I offer my plea of "GUILTY" freely and voluntarily and of my own accord and with a full understanding of the allegations set forth in the Indictment, and with a full understanding of the statements set forth in this Petition and in the Certificate of my attorney that is attached to this Petition.

*Ofrezco mi declaración de "CULPABILIDAD" en una manera libre y voluntariamente y por mi propia parte con pleno conocimiento de las alegaciones expuestas en la Acusación, y con pleno conocimiento de las declaraciones establecidas en esta petición y en el certificado de mi abogado que se adjunta a esta petición.*

SIGNED by me in the presence of my attorney, after having had read to me all of the foregoing pages and paragraphs of this Petition, this 23rd day of May, 2013.

*Firmada por mí en la presencia de mi abogado, después de haber sido leído todas las páginas y párrafos anteriores de esta petición, el día 23 de mayo de 2013.*

*Moises Lopez Prado*
Moises Lopez-Prado

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VISTO EN EL TRIBUNAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE OREGON

| UNITED STATES OF AMERICA,<br>Plaintiff,<br>*Demandante,*<br>v.<br>Moises LOPEZ-PRADO,<br>Defendant.<br>*Acusado.* | Case No. 3:10-CR-510-JO-3<br><br>CERTIFICATE OF COUNSEL<br><br>CERTIFICADO DE ABOGADO |
|---|---|

The undersigned, as attorney for defendant, hereby certify:

*Él quien abajo firmo, como el abogado del acusado, certifica:*

1.  I have fully explained to the defendant the allegations contained in the Indictment in this case, any lesser-included offenses, and the possible defenses that may apply in this case.

*He explicado completamente al acusado las alegaciones contenidas en la Acusación, los delitos de menor incluido, y las defensas posibles que se pueden aplicar en este caso.*

2.  I have personally examined the attached Petition and Order, explained all its provisions to the defendant, and discussed fully with the defendant all matters described and referred to in the Petition.

*He examinado personalmente la petición adjunta para entrar Petición y Orden, expliqué todas las proviciones al acusado, y discutió plenamente con el acusado todos los asuntos descritos y mencionados en la petición.*

PAGE 11 -    United States v. LOPEZ-PRADO, USDC Oregon Case No. 3:10-CR-510-JO-3
             PETITION TO ENTER PLEAS OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

3. I have explained to the defendant the maximum penalty and other consequences of entering a plea of guilty as described in this Petition, and I have also explained to the defendant the applicable Federal Sentencing Guidelines.

*Le he explicado al acusado la pena máxima y otras consecuencias de entrar en una declaración de culpabilidad como se describe en esta petición, y también he explicado al acusado las partes de la Guía de Sentencias Federales aplicables.*

4. I recommend that the Court accept the defendant's plea.

*Recomiendo que la Corte acepte esta peticion del acusado.*

SIGNED by me in the presence of the defendant, and after full discussion with the defendant of the contents of this Petition, on this 23rd day of May 2013.

*Firmada por mí en la presencia del acusado, y tras un discusión con el acusado de los contenidos de ese petición, en este día 23 de mayo de 2013.*

_____
Benjamin T. Andersen
Attorney for Defendant
*Abogado del Acusado*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

VISTO EN EL TRIBUNAL DE PRIMERA INSTANCIA DE LOS ESTADOS UNIDOS

PARA EL DISTRITO DE OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>Plaintiff,<br>*Demandante,*<br>v.<br>Moises LOPEZ-PRADO,<br>Defendant.<br>*Acusado.* | Case No. 3:10-CR-510-JO-3<br>ORDER<br>FALLO JUDICIAL |

I find that the defendant's plea of GUILTY has been made freely and voluntarily and not out of ignorance, fear, inadvertence, or coercion. I further find the defendant has admitted facts that prove each of the necessary elements of the crime to which he has pled guilty.

*Me parece que la declaración de culpabilidad del acusado se ha sido hecho libremente y de forma voluntaria y no por la ignorancia, el miedo, la inadvertencia o coerción. Me parece aún más el acusado ha admitido los hechos que demuestran cada uno de los elementos necesarios del delito a lo cual se ha declarado culpable.*

IT IS THEREFORE ORDERED that the defendant's plea of GUILTY be accepted and entered as requested in this Petition and as recommended in the Certificate of defendant's attorney.

/////

/////

/////

PAGE 13 –    United States v. LOPEZ-PRADO, USDC Oregon Case No. 3:10-CR-510-JO-3
              PETITION TO ENTER PLEAS OF GUILTY, CERTIFICATE OF COUNSEL, AND ORDER

POR LO TANTO SE ORDENA que la declaración de CULPABLE del demandado sea aceptada y entró como se solicita en esta Petición y como se recomienda en el Certificado de abogado del acusado.

DATED this 23rd day of May 2013 in open court.

FECHADO este día 23 de mayo de 2013 en audiencia pública.

_____
Robert E Jones
United States District Judge