IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. 3:10-cr-00510-JO-3 |
| Plaintiff, | |
| v. | ORDER APPOINTING CO-COUNSEL PURSUANT TO THE PROVISIONS OF THE CRIMINAL JUSTICE ACT, 18 U.S.C. § 3006A |
| MOISES LOPEZ-PRADO, | |
| Defendant. | |

IT IS ORDERED that CJA Panel Attorney Benjamin Andersen is appointed pursuant to the provisions of the Criminal Justice Act, 18 U.S.C. § 3006A, as co-counsel, with Samuel Kauffman, for Moises Lopez-Prado, effective April 11, 2013.

DATED this 17 day of June, 2013.

Honorable Robert E. Jones
United States District Court Judge

PRESENTED BY:

Steven T. Wax
Federal Public Defender